Fill in this information to identify the case:

Debtor Name Artisan Packaging LLC

United States Bankruptcy Court for the: _Western_ District of _Viginia________

Case number: 23-50588

☐ Check if this is an amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: December

Date report filed: 01/17/2024 MM / DD / YYYY

Line of business: Plastic Bottle Mfg

NAISC code: 326160

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:

Original signature of responsible party: R. Jay Vecnic

Printed name of responsible party: Richard Jay Vecnic

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*. | Yes | No | N/A |
|---|---|---|---|
| 1. Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☑ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | ☑ | ☐ | ☐ |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name Artisan Packaging LLC Case number 23-50588

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☑ | ☐ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☑ | ☐ | ☐ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts** $ 145,298.38

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here. $ 39,524.01

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here. – $ 121,435.37

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here. + $ 63,387.02

This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report. = $ 63,387.02

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** $ 21,655.39

*(Exhibit E)*

Debtor Name Artisan Packaging LLC Case number 23-50588

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** (*Exhibit F*) $ 67,370.82

## 5. Employees

26. What was the number of employees when the case was filed? 14
27. What is the number of employees as of the date of this monthly report? 13

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 0.00
30. How much have you paid this month in other professional fees? $ 0.00
31. How much have you paid in total other professional fees since filing the case? $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | − | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 0.00 | − | $ 39,524.01 | = | $ -39,524.00 |
| 33. **Cash disbursements** | $ 0.00 | − | $ 121,435.37 | = | $ -121,435.3( |
| 34. **Net cash flow** | $ 0.00 | − | $ 63,387.02 | = | $ -63,387.02 |

35. Total projected cash receipts for the next month: $ 110,296.00
36. Total projected cash disbursements for the next month: - $ 304,904.00
37. Total projected net cash flow for the next month: = $ 1,783.06

Debtor Name Artisan Packaging LLC

Case number 23-50588

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [ ] 39. Bank reconciliation reports for each account.
- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [x] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.

# EXHIBIT B

## Prepetition Bills Paid (Q. 17)

## Prepetition Bills Cleared (Q. 18)



**F&M Bank** PO Box 1111
Timberville, VA 22853

002648

COLLECTING PAYMENTS FROM YOUR CUSTOMERS IS AS EASY AS SENDING THEM A TEXT MESSAGE! JUST USE AUTOBOOKS INSIDE YOUR F&M BANK ONLINE OR MOBILE BANKING. LEARN MORE: WWW.FMBANKVA.COM/AUTOBOOKS

122775-01A**002648
ARTISAN PACKAGING LLC
291 WEST WOLFE ST
HARRISONBURG VA 22802

## CHECKING ACCOUNTS

**F&M Connect Checking**

| | | | |
|---|---|---|---|
| **Account Number** | XXXXX9422 | **Statement Dates** | 12/01/23 thru 12/31/23 |
| **Previous Balance** | $259,778.09 | **Days in the statement period** | 31 |
| **15 Deposits/Credits** | $250,934.12 | **Average Ledger** | $116,813.52 |
| **34 Checks/Debits** | $447,325.19 | **Average Collected** | $115,689.07 |
| **Service Charge** | $0.00 | | |
| **Interest Paid** | $0.00 | | |
| **Current Balance** | $63,387.02 | | |

Current Balance
$63,387.02

Credit: $250,934.12
Debit: $447,325.19

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| **Overdraft item fees year to date** | $0.00 | $0.00 |
| **Return item fees year to date** | $0.00 | $70.00 |

**Detail Transactions by Date**

| Date | Description | Amount |
|---|---|---|
| 12/01 | EDI PYMNTS Mary Kay Inc. CCD 00111847 ARTISAN PACKAGING RMR*IV*1003017**17234.82*17234 .82*0\ | $17,234.82 |
| 12/01 | Debit | -$7,570.77 |
| 12/01 | INVOICE PAYCHEX EIB CCD X04823800001119 ARTISAN PACKAGING LLC | -$29,493.43 |
| 12/04 | DIRECT DR KAO USA INC. CCD ARTISAN PACKAGING LLC | $127,530.61 |

**Banking you Love from People who Care.**

F&M Bank provides smart banking, helpful associates, and resources committed to enriching the lives of our neighbors and communities.

As stewards of local economy, you will find us serving on nonprofit boards, volunteering in classrooms, and championing important causes. Since 1908, we have been dedicated to prospering Virginia's economy as your community bank.

**Detail Transactions by Date**

| Date | Description | Amount |
|---|---|---|
| 12/04 | Deposit/Serial | $500.00 |
| 12/04 | Debit | -$31,173.24 |
| 12/05 | Deposit/Serial | $16,929.06 |
| 12/05 | Transfer to Loan Acct No.     XXXXX2315 | -$7,570.77 |
| 12/05 | INTERNET      WASTE MANAGE WEB | -$1,340.91 |
| 12/05 | PLIC-PERIS PRINCIPAL LIFE P CCD  8-1896200003980 ARTISAN PACKAGING | -$4,294.74 |
| 12/06 | Wire Transfer Credit NEHEMIAH MANUFACTURING CO LLC 1907 SOUTH ST CINCINNATI OH US 45204-2033 PNC BANK, N.A. FIRSTSIDE CENTER 500 FIRST AVENUE PITTSBURGH PA 15219 US 20231206MMQFMPNB008204 20231206MMQFMP7O000005 12061249FT01 | $3,614.00 |
| 12/07 | EDI PAYMNT ESTEE LAUDER1122 CTX ISA*00*     *00* *ZZ*CITIBANK   *ZZ*ESTEEN A-ACH   *231205*0522*U*00200* 058924476*0*P*:\ ST*820*000000051\ BPR*X*2561.95*C*ACH*CTX*01*021 000089*DA*30791122***01*051404 419*DA*100059422*20231207\ TRN*1*40307400428984\ REF*TN*4030740042\ REF*GX*05892447600000051\ DTM*009*20231205\ N1*PR*ESTEE LAUDER COS\ N1*PE*ARTISAN PACKAGING\ ENT*1*******6O*1027698942\ SE*10*000000051\ | $2,561.95 |
| 12/07 | INCOMING WIRE FEE | -$15.00 |
| 12/08 | Wire Transfer Credit SHANKS EXTRACTS INC OPERATING ACCT 350 RICHARDSON DR LANCASTER, PA  17603-4034 20231208E3QP021C000824 20231208MMQFMP7O000003 12080853FT01 | $21,557.56 |
| 12/08 | DIRECT DR KAO USA INC. CCD ARTISAN PACKAGING LLC | $19,482.11 |
| 12/08 | INCOMING WIRE | $1,000.00 |
| 12/08 | INCOMING WIRE | $1,000.00 |
| 12/08 | INVOICE   PAYCHEX EIB CCD   X04918900000724 ARTISAN PACKAGING LLC | -$28,976.15 |
| 12/11 | INCOMING WIRE FEE | -$15.00 |
| 12/11 | INCOMING WIRE FEE | -$15.00 |
| 12/11 | INCOMING WIRE FEE | -$15.00 |
| 12/12 | Expenses  TricorBraun Inc CCD  610908 Artisan Packaging LLC | $10.00 |
| 12/12 | Utility  HBURG WATERSEWER PPD | -$14.36 |
| 12/12 | Utility  HBURG WATERSEWER PPD | -$14.36 |
| 12/12 | Utility  HBURG WATERSEWER PPD | -$145.76 |
| 12/12 | Utility  HBURG WATERSEWER PPD | -$523.14 |
| 12/12 | Debit | -$593.00 |
| 12/12 | Utility  HBURG WATERSEWER PPD | -$615.08 |
| 12/13 | PLIC-PERIS PRINCIPAL LIFE P CCD  8-1896200000956 ARTISAN PACKAGING | -$4,298.48 |
| 12/15 | DIRECT DR KAO USA INC. CCD ARTISAN PACKAGING LLC | $11,423.60 |
| 12/15 | INVOICE   PAYCHEX EIB CCD   X05006300001170 ARTISAN PACKAGING LLC | -$31,261.84 |
| 12/18 | PBS BenAdm PAYX-ZBT CCD  44451344 PBS TRUEUP | $2,808.09 |
| 12/18 | INVOICE   PAYCHEX EIB CCD   X05063500000813 ARTISAN PACKAGING LLC | -$577.99 |
| 12/19 | Wire Transfer Debit Paychex of New York 021000021 777171945 1175 John Street West Henrietta NY 14586 JPMCHASE NEW YORK       NY CLIENT NUMBER 2002-2064 20231219MMQFMP7O000024 20231219MMQFMP2H088575 12191643FT01 | -$28,622.00 |



**Detail Transactions by Date**

| Date | Description | Amount |
|---|---|---|
| 12/19 | PBS BenAdm PAYX-ZBT CCD 44451347 PBS TRUEUP | -$52.00 |
| 12/19 | PAYMENT VISA WEB | -$430.03 |
| 12/19 | OUTGOING WIRE FEE | -$20.00 |
| 12/20 | Wire Transfer Debit Paychex of New York 021000021 777171945 1175 John Street West Henrietta NY 14586 JPMCHASE NEW YORK NY CLIENT ID 2002-2064 20231220MMQFMP7O000015 20231220MMQFMP2H107318 12201653FT01 | -$241.99 |
| 12/20 | INVOICE PAYCHEX-OAB CCD 05094900003949X ARTISAN PACKAGING LLC | -$95.78 |
| 12/20 | PLIC-PERIS PRINCIPAL LIFE P CCD 8-1896200002951 ARTISAN PACKAGING | -$4,271.98 |
| 12/20 | BILLPAY THE CINCINNA WEB | -$16,718.00 |
| 12/20 | OUTGOING WIRE FEE | -$20.00 |
| 12/27 | Wire Transfer Debit Paychex of New York 021000021 777171945 1175 John Street West Henrietta NY 14586 JPMCHASE NEW YORK NY CLIENT NUMBER 2002-2064 20231227MMQFMP7O000005 20231227MMQFMP2H071961 12271404FT01 | -$24,343.44 |
| 12/27 | Transfer to Loan Acct No. XXXXX2315 | -$7,570.77 |
| 12/27 | OUTGOING WIRE FEE | -$20.00 |
| 12/28 | EDI PYMNTS Mary Kay Inc. CCD 00111988 ARTISAN PACKAGING RMR*IV*1003034**7282.32*7282.3 2*0\ | $7,282.32 |
| 12/29 | DIRECT DR KAO USA INC. CCD ARTISAN PACKAGING LLC | $18,000.00 |
| 12/29 | BILLPAY COLUMBIA GAS WEB | -$985.37 |

**Check Detail**

| Date | Check | Amount |
|---|---|---|
| 12/05 | 4305 | $215,409.81 |

* Indicates missing check number

**Daily Balance Information**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 12/01 | $239,948.71 | 12/11 | $145,298.38 | 12/20 | $71,024.28 |
| 12/04 | $336,806.08 | 12/12 | $143,402.68 | 12/27 | $39,090.07 |
| 12/05 | $125,118.91 | 12/13 | $139,104.20 | 12/28 | $46,372.39 |
| 12/06 | $128,732.91 | 12/15 | $119,265.96 | 12/29 | $63,387.02 |
| 12/07 | $131,279.86 | 12/18 | $121,496.06 | | |
| 12/08 | $145,343.38 | 12/19 | $92,372.03 | | |

Deposit Ticket

12/05/23 0 $16929.06

Remote Deposit Credit

F&M Bank
Mobile Micro Business Capture ARTISAN PA
205 S Main Street
Timberville, VA 22853
540-896-8941

Date: 12/4/2023
Items: 1
Amount: $500.00
Account ID: 764894 5466406
Acct Num: 100059422
AuxOnUs: 1590381230

12/04/23 1590381238 $500.00

UNIVERSAL DEBIT

11/30/23 0 $7570.77



| 12/01/23 | 4304 | $31173.24 | 12/05/23 | 4305 | $215409.81 | 12/11/23 | 4306 | $593.00 |
|---|---|---|---|---|---|---|---|---|

RECONCILEMENT OF ACCOUNT

## STEP 1

Update your check book register:

a. ADD TO YOUR CHECK BOOK BALANCE ANY
   - DEPOSITS
   - AUTOMATIC DEPOSITS
   - INTEREST EARNED

b. SUBTRACT FROM YOUR CHECK BOOK BALANCE ANY
   Other charges or payments
   - SERVICE CHARGES
   - CHECK CHARGES
   - AUTOMATIC DEBITS
   - DEBITS

## STEP 2

LIST DEPOSITS NOT SHOWN ON STATEMENT

| DATE | AMOUNT |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | |

## STEP 3

LIST OF CHECKS OUTSTANDING

| CHECK NUMBER | AMOUNT |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | |

## STEP 4

RECONCILE YOUR ACCOUNT

1. Bank Statement Balance $
2. Total Amount of Deposits not shown on statement $
3. ADD LINE 1 AND LINE 2 $
4. Total amount of checks outstanding $
5. SUBTRACT LINE 4 FROM LINE 3 $

LINE 5 MUST BE EQUAL TO YOUR CHECKBOOK BALANCE

If no errors are reported within ten days, your account will be considered correct.

If you have any questions, please call our CUSTOMER SUPPORT CENTER (540) 896-8941

## ELECTRONIC SERVICES INFORMATION

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed below as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

1) Tell us your name and account number (if any).
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will tell you the results of our investigation within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will recredit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not recredit your account.

If we decide that there was no error, we will send you a written explanation within 3 business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

If you have filed bankruptcy,
THIS IS NOT AN ATTEMPT TO COLLECT DEBT.

F&M Bank

F & M BANK
PO BOX 1111 TIMBERVILLE, VA 22853
540-896-8941

NMLS 414464, 275173
www.fmbankva.com

# EXHIBIT C

## Cash Receipts (Q. 20)

| Account Name | Processed Date | Description | Credit or Debit | Amount |
|---|---|---|---|---|
| Bus Chks | 12/1/2023 | EDI PYMNTS MARY KAY INC. CCD 00111847 ARTISAN PACKAGING RMR*IV*1003017**17234.82*17234 .82*0\ | Credit | $17,234.82 |
| Bus Chks | 12/4/2023 | DEPOSIT/SERIAL 1590381238 | Credit | $500.00 |
| Bus Chks | 12/4/2023 | DIRECT DR KAO USA INC. CCD ARTISAN PACKAGING LLC | Credit | $127,530.61 |
| Bus Chks | 12/5/2023 | DEPOSIT/SERIAL | Credit | $16,929.06 |
| Bus Chks | 12/6/2023 | WIRE TRANSFER CREDIT NEHEMIAH MANUFACTURING CO LLC 1907 SOUTH ST CINCINNATI OH US 45204-2033 PNC BANK, N.A. FIRSTSIDE CENTER 500 FIRST AVENUE PITTSBURGH PA 15219 US 20231206MMQFMPNB008204 20231206MMQFMP7O000005 12061249FT01 | Credit | $3,614.00 |
| Bus Chks | 12/7/2023 | EDI PAYMNT ESTEE LAUDER1122 CTX ISA*00* *00* *ZZ*CITIBANK *ZZ*ESTEEN A-ACH *231205*0522*U*00200* 058924476*0*P*:\ ST*820*000000051\ BPR*X*2561.95*C*ACH*CTX*01*021 000089*DA*30791122***01*051404 419*DA*100059422*20231207\ TRN*1*40307400428984\ REF*TN*4030740042\ REF*GX*05892447600000051\ DTM*009*20231205\ N1*PR*ESTEE LAUDER COS\ N1*PE*ARTISAN PACKAGING\ ENT*1*******6O*1027698942\ SE*10*000000051\ | Credit | $2,561.95 |
| Bus Chks | 12/8/2023 | WIRE TRANSFER CREDIT SHANKS EXTRACTS INC OPERATING ACCT 350 RICHARDSON DR LANCASTER, PA 17603-4034 20231208E3QP021C000824 20231208MMQFMP7O000003 12080853FT01 | Credit | $21,557.56 |
| Bus Chks | 12/8/2023 | DIRECT DR KAO USA INC. CCD ARTISAN PACKAGING LLC | Credit | $19,482.11 |
| Bus Chks | 12/8/2023 | INCOMING WIRE | Credit | $1,000.00 |
| Bus Chks | 12/8/2023 | INCOMING WIRE | Credit | $1,000.00 |
| Bus Chks | 12/12/2023 | EXPENSES TRICORBRAUN INC CCD 610908 ARTISAN PACKAGING LLC | Credit | $10.00 |
| Bus Chks | 12/15/2023 | DIRECT DR KAO USA INC. CCD ARTISAN PACKAGING LLC | Credit | $11,423.60 |
| Bus Chks | 12/18/2023 | PBS BENADM PAYX-ZBT CCD 44451344 PBS TRUEUP | Credit | $2,808.09 |
| Bus Chks | 12/28/2023 | EDI PYMNTS MARY KAY INC. CCD 00111988 ARTISAN PACKAGING RMR*IV*1003034**7282.32*7282.3 2*0\ | Credit | $7,282.32 |
| Bus Chks | 12/29/2023 | DIRECT DR KAO USA INC. CCD ARTISAN PACKAGING LLC | Credit | $18,000.00 |

# EXHIBIT D

## Cash Disbursements (Q. 21)

| Account Name | | Processed Date | Description | Check Number | Credit or Debit | Amount |
|---|---|---|---|---|---|---|
| Bus Chks | 0001 | 12/1/2023 | DEBIT | | Debit | $7,570.77 |
| Bus Chks | 0001 | 12/1/2023 | INVOICE PAYCHEX EIB CCD X04823800001119 ARTISAN PACKAGING LLC | | Debit | $29,493.43 |
| Bus Chks | 0001 | 12/4/2023 | DEBIT 4304 | 4304 | Debit | $31,173.24 |
| Bus Chks | 0001 | 12/5/2023 | INTERNET WASTE MANAGE WEB | | Debit | $1,340.91 |
| Bus Chks | 0001 | 12/5/2023 | PLIC-PERIS PRINCIPAL LIFE P CCD 8-1896200003980 ARTISAN PACKAGING | | Debit | $4,294.74 |
| Bus Chks | 0001 | 12/5/2023 | TRANSFER TO LOAN ACCT NO. 12002315 | | Debit | $7,570.77 |
| Bus Chks | 0001 | 12/5/2023 | FED CHECK/SERIAL 4305 | 4305 | Debit | $215,409.81 |
| Bus Chks | 0001 | 12/7/2023 | INCOMING WIRE FEE | | Debit | $15.00 |
| Bus Chks | 0001 | 12/8/2023 | INVOICE PAYCHEX EIB CCD X04918900000724 ARTISAN PACKAGING LLC | | Debit | $28,976.15 |
| Bus Chks | 0001 | 12/11/2023 | INCOMING WIRE FEE | | Debit | $15.00 |
| Bus Chks | 0001 | 12/11/2023 | INCOMING WIRE FEE | | Debit | $15.00 |
| Bus Chks | 0001 | 12/11/2023 | INCOMING WIRE FEE | | Debit | $15.00 |
| Bus Chks | 0001 | 12/12/2023 | DEBIT 4306 | 4306 | Debit | $593.00 |
| Bus Chks | 0001 | 12/12/2023 | UTILITY HBURG WATERSEWER PPD | | Debit | $523.14 |
| Bus Chks | 0001 | 12/12/2023 | UTILITY HBURG WATERSEWER PPD | | Debit | $14.36 |
| Bus Chks | 0001 | 12/12/2023 | UTILITY HBURG WATERSEWER PPD | | Debit | $615.08 |
| Bus Chks | 0001 | 12/12/2023 | UTILITY HBURG WATERSEWER PPD | | Debit | $14.36 |
| Bus Chks | 0001 | 12/12/2023 | UTILITY HBURG WATERSEWER PPD | | Debit | $145.76 |
| Bus Chks | 0001 | 12/13/2023 | PLIC-PERIS PRINCIPAL LIFE P CCD 8-1896200000956 ARTISAN PACKAGING | | Debit | $4,298.48 |
| Bus Chks | 0001 | 12/15/2023 | INVOICE PAYCHEX EIB CCD X05006300001170 ARTISAN PACKAGING LLC | | Debit | $31,261.84 |
| Bus Chks | 0001 | 12/18/2023 | INVOICE PAYCHEX EIB CCD X05063500000813 ARTISAN PACKAGING LLC | | Debit | $577.99 |
| Bus Chks | 0001 | 12/19/2023 | PAYMENT VISA WEB | | Debit | $430.03 |
| Bus Chks | 0001 | 12/19/2023 | PBS BENADM PAYX-ZBT CCD 44451347 PBS TRUEUP | | Debit | $52.00 |
| Bus Chks | 0001 | 12/19/2023 | OUTGOING WIRE FEE | | Debit | $20.00 |
| Bus Chks | 0001 | 12/19/2023 | WIRE TRANSFER DEBIT PAYCHEX OF NEW YORK 021000021 777171945 1175 JOHN STREET WEST HENRIETTA NY 14586 JPMCHASE NEW YORK NY CLIENT NUMBER 2002-2064 20231219MMQFMP7O000024 20231219MMQFMP2H088575 12191643FT01 | | Debit | $28,622.00 |
| Bus Chks | 0001 | 12/20/2023 | PLIC-PERIS PRINCIPAL LIFE P CCD 8-1896200002951 ARTISAN PACKAGING | | Debit | $4,271.98 |
| Bus Chks | 0001 | 12/20/2023 | BILLPAY THE CINCINNA WEB | | Debit | $16,718.00 |
| Bus Chks | 0001 | 12/20/2023 | INVOICE PAYCHEX-OAB CCD 05094900003949X ARTISAN PACKAGING LLC | | Debit | $95.78 |
| Bus Chks | 0001 | 12/20/2023 | WIRE TRANSFER DEBIT PAYCHEX OF NEW YORK 021000021 777171945 1175 JOHN STREET WEST HENRIETTA NY 14586 JPMCHASE NEW YORK NY CLIENT ID 2002-2064 20231220MMQFMP7O000015 20231220MMQFMP2H107318 12201653FT01 | | Debit | $241.99 |
| Bus Chks | 0001 | 12/20/2023 | OUTGOING WIRE FEE | | Debit | $20.00 |
| Bus Chks | 0001 | 12/27/2023 | TRANSFER TO LOAN ACCT NO. 12002315 | | Debit | $7,570.77 |
| Bus Chks | 0001 | 12/27/2023 | WIRE TRANSFER DEBIT PAYCHEX OF NEW YORK 021000021 777171945 1175 JOHN STREET WEST HENRIETTA NY 14586 JPMCHASE NEW YORK NY CLIENT NUMBER 2002-2064 20231227MMQFMP7O000005 20231227MMQFMP2H071961 12271404FT01 | | Debit | $24,343.44 |
| Bus Chks | 0001 | 12/27/2023 | OUTGOING WIRE FEE | | Debit | $20.00 |
| Bus Chks | 0001 | 12/29/2023 | BILLPAY COLUMBIA GAS WEB | | Debit | $985.37 |

# EXHIBIT E

## Accounts Payable – Post Petition Debits (Q. 24)

| BP Code | BP Name | Type | Doc. No. | Posting Date | Due Date | BP Ref. No. | Original Amount | Balance Due |
|---|---|---|---|---|---|---|---|---|
| V00061 | DE LAGE LANDEN FINANCIAL SERVI | | | | | | ($2,394.48) | ($2,394.48) |
| V00061 | DE LAGE LANDEN FINANCIAL SERVI | PU | 16390 | 12/22/2023 | 1/1/2024 | 587196502 | ($2,206.40) | ($2,206.40) |
| V00061 | DE LAGE LANDEN FINANCIAL SERVI | PU | 16399 | 1/9/2024 | 1/19/2024 | 587205387 | ($188.08) | ($188.08) |
| V00124 | HARRISONBURG ELECTRIC COMMISSI | | | | | | ($11,493.06) | ($11,493.06) |
| V00124 | HARRISONBURG ELECTRIC COMMISSI | PU | 16394 | 12/31/2023 | 1/1/2024 | 156900-007 | ($11,493.06) | ($11,493.06) |
| V00146 | INTERCHANGE GROUP INC. | | | | | | ($4,633.20) | ($4,633.20) |
| V00146 | INTERCHANGE GROUP INC. | PU | 16395 | 12/31/2023 | 1/1/2024 | IN013027 | ($615.60) | ($615.60) |
| V00146 | INTERCHANGE GROUP INC. | PU | 16396 | 12/31/2023 | 1/1/2024 | IN013026 | ($4,017.60) | ($4,017.60) |
| V00327 | WASTE MANAGEMENT OF VIRGINIA INC. | | | | | | ($1,318.09) | ($1,318.09) |
| V00327 | WASTE MANAGEMENT OF VIRGINIA INC. | PU | 16393 | 12/13/2023 | 12/13/2023 | 3349066-2411-2 | ($1,318.09) | ($1,318.09) |
| V00335 | CINTAS CORPORATION #320 | | | | | | ($393.56) | ($393.56) |
| V00335 | CINTAS CORPORATION #320 | PU | 16386 | 12/14/2023 | 1/22/2024 | 4176292178 | ($196.78) | ($196.78) |
| V00335 | CINTAS CORPORATION #320 | PU | 16397 | 1/9/2024 | 2/19/2024 | 4179231081 | ($196.78) | ($196.78) |
| V00343 | HELPNET, LLC | | | | | | ($593.00) | ($593.00) |
| V00343 | HELPNET, LLC | PU | 16398 | 1/9/2024 | 1/22/2024 | 12030 | ($593.00) | ($593.00) |
| V00398 | LOGISTIC GROUP OF AMERICA | | | | | | ($830.00) | ($830.00) |
| V00398 | LOGISTIC GROUP OF AMERICA | PU | 16385 | 12/14/2023 | 12/14/2023 | 13596 | ($830.00) | ($830.00) |
| | | | | | | | | ($21,655.39) |

# EXHIBIT F

## Accounts Receivable (Q. 25)

| BP Name | Doc. No. | Posting Date | Due Date | Days Out | Balance Due |
|---|---|---|---|---|---|
| **Mary Kay Incorporated** | | | | | **$7,273.20** |
| Mary Kay Incorporated | 1003047 | 12/1/2023 | 1/15/2024 | | $7,273.20 |
| **VOYANT BEAUTY** | | | | | **$10,898.52** |
| VOYANT BEAUTY | 1002963 | 9/29/2023 | 10/29/2023 | 75 | $10,898.52 |
| **Advanced Drainage Systems, Inc.** | | | | | **$9,457.70** |
| Advanced Drainage Systems, Inc. | 1003036 | 11/16/2023 | 1/15/2024 | | $7,860.20 |
| Advanced Drainage Systems, Inc. | 1003062 | 12/7/2023 | 1/31/2024 | | $1,597.50 |
| **AG Polymers** | | | | | **$4,502.59** |
| AG Polymers | 1003078 | 12/8/2023 | 12/8/2023 | 35 | $4,502.59 |
| **GUEST SUPPLY** | | | | | **$31,738.81** |
| GUEST SUPPLY | 1003002 | 10/23/2023 | 11/22/2023 | 51 | $31,738.81 |
| **J&J** | | | | | **$3,500.00** |
| J&J | 1003079 | 12/22/2023 | 12/22/2023 | 21 | $3,500.00 |
| | | | | | $67,370.82 |

# EXHIBIT G

## Bank Statements (Q. 38)

F&M Bank PO Box 1111
Timberville, VA 22853

002648

COLLECTING PAYMENTS FROM YOUR CUSTOMERS IS AS EASY AS SENDING THEM A TEXT MESSAGE! JUST USE AUTOBOOKS INSIDE YOUR F&M BANK ONLINE OR MOBILE BANKING. LEARN MORE: WWW.FMBANKVA.COM/AUTOBOOKS

122775-01A**002648
ARTISAN PACKAGING LLC
291 WEST WOLFE ST
HARRISONBURG VA 22802

## CHECKING ACCOUNTS

**F&M Connect Checking**

| | | | |
|---|---|---|---|
| **Account Number** | XXXXX9422 | **Statement Dates** | 12/01/23 thru 12/31/23 |
| **Previous Balance** | $259,778.09 | **Days in the statement period** | 31 |
| **15 Deposits/Credits** | $250,934.12 | **Average Ledger** | $116,813.52 |
| **34 Checks/Debits** | $447,325.19 | **Average Collected** | $115,689.07 |
| **Service Charge** | $0.00 | | |
| **Interest Paid** | $0.00 | | |
| **Current Balance** | $63,387.02 | | |

Current Balance
$63,387.02
Credit: $250,934.12
Debit: $447,325.19

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| **Overdraft item fees year to date** | $0.00 | $0.00 |
| **Return item fees year to date** | $0.00 | $70.00 |

**Detail Transactions by Date**

| Date | Description | Amount |
|---|---|---|
| 12/01 | EDI PYMNTS Mary Kay Inc. CCD 00111847 ARTISAN PACKAGING RMR*IV*1003017**17234.82*17234 .82*0\ | $17,234.82 |
| 12/01 | Debit | -$7,570.77 |
| 12/01 | INVOICE PAYCHEX EIB CCD X04823800001119 ARTISAN PACKAGING LLC | -$29,493.43 |
| 12/04 | DIRECT DR KAO USA INC. CCD ARTISAN PACKAGING LLC | $127,530.61 |

**Banking you Love from People who Care.**

F&M Bank provides smart banking, helpful associates, and resources committed to enriching the lives of our neighbors and communities.

As stewards of local economy, you will find us serving on nonprofit boards, volunteering in classrooms, and championing important causes. Since 1908, we have been dedicated to prospering Virginia's economy as your community bank.

**Detail Transactions by Date**

| Date | Description | Amount |
|---|---|---|
| 12/04 | Deposit/Serial | $500.00 |
| 12/04 | Debit | -$31,173.24 |
| 12/05 | Deposit/Serial | $16,929.06 |
| 12/05 | Transfer to Loan Acct No. XXXXX2315 | -$7,570.77 |
| 12/05 | INTERNET WASTE MANAGE WEB | -$1,340.91 |
| 12/05 | PLIC-PERIS PRINCIPAL LIFE P CCD 8-1896200003980 ARTISAN PACKAGING | -$4,294.74 |
| 12/06 | Wire Transfer Credit NEHEMIAH MANUFACTURING CO LLC 1907 SOUTH ST CINCINNATI OH US 45204-2033 PNC BANK, N.A. FIRSTSIDE CENTER 500 FIRST AVENUE PITTSBURGH PA 15219 US 20231206MMQFMPNB008204 20231206MMQFMP7O000005 12061249FT01 | $3,614.00 |
| 12/07 | EDI PAYMNT ESTEE LAUDER1122 CTX ISA*00* *00* *ZZ*CITIBANK *ZZ*ESTEEN A-ACH *231205*0522*U*00200* 058924476*0*P*:\ ST*820*000000051\ BPR*X*2561.95*C*ACH*CTX*01*021 000089*DA*30791122***01*051404 419*DA*100059422*20231207\ TRN*1*40307400428984\ REF*TN*4030740042\ REF*GX*05892447600000051\ DTM*009*20231205\ N1*PR*ESTEE LAUDER COS\ N1*PE*ARTISAN PACKAGING\ ENT*1*******6O*1027698942\ SE*10*000000051\ | $2,561.95 |
| 12/07 | INCOMING WIRE FEE | -$15.00 |
| 12/08 | Wire Transfer Credit SHANKS EXTRACTS INC OPERATING ACCT 350 RICHARDSON DR LANCASTER, PA 17603-4034 20231208E3QP021C000824 20231208MMQFMP7O000003 12080853FT01 | $21,557.56 |
| 12/08 | DIRECT DR KAO USA INC. CCD ARTISAN PACKAGING LLC | $19,482.11 |
| 12/08 | INCOMING WIRE | $1,000.00 |
| 12/08 | INCOMING WIRE | $1,000.00 |
| 12/08 | INVOICE PAYCHEX EIB CCD X04918900000724 ARTISAN PACKAGING LLC | -$28,976.15 |
| 12/11 | INCOMING WIRE FEE | -$15.00 |
| 12/11 | INCOMING WIRE FEE | -$15.00 |
| 12/11 | INCOMING WIRE FEE | -$15.00 |
| 12/12 | Expenses TricorBraun Inc CCD 610908 Artisan Packaging LLC | $10.00 |
| 12/12 | Utility HBURG WATERSEWER PPD | -$14.36 |
| 12/12 | Utility HBURG WATERSEWER PPD | -$14.36 |
| 12/12 | Utility HBURG WATERSEWER PPD | -$145.76 |
| 12/12 | Utility HBURG WATERSEWER PPD | -$523.14 |
| 12/12 | Debit | -$593.00 |
| 12/12 | Utility HBURG WATERSEWER PPD | -$615.08 |
| 12/13 | PLIC-PERIS PRINCIPAL LIFE P CCD 8-1896200000956 ARTISAN PACKAGING | -$4,298.48 |
| 12/15 | DIRECT DR KAO USA INC. CCD ARTISAN PACKAGING LLC | $11,423.60 |
| 12/15 | INVOICE PAYCHEX EIB CCD X05006300001170 ARTISAN PACKAGING LLC | -$31,261.84 |
| 12/18 | PBS BenAdm PAYX-ZBT CCD 44451344 PBS TRUEUP | $2,808.09 |
| 12/18 | INVOICE PAYCHEX EIB CCD X05063500000813 ARTISAN PACKAGING LLC | -$577.99 |
| 12/19 | Wire Transfer Debit Paychex of New York 021000021 777171945 1175 John Street West Henrietta NY 14586 JPMCHASE NEW YORK NY CLIENT NUMBER 2002-2064 20231219MMQFMP7O000024 20231219MMQFMP2H088575 12191643FT01 | -$28,622.00 |



**Detail Transactions by Date**

| Date | Description | Amount |
|---|---|---|
| 12/19 | PBS BenAdm PAYX-ZBT CCD 44451347 PBS TRUEUP | -$52.00 |
| 12/19 | PAYMENT VISA WEB | -$430.03 |
| 12/19 | OUTGOING WIRE FEE | -$20.00 |
| 12/20 | Wire Transfer Debit Paychex of New York 021000021 777171945 1175 John Street West Henrietta NY 14586 JPMCHASE NEW YORK NY CLIENT ID 2002-2064 20231220MMQFMP7O000015 20231220MMQFMP2H107318 12201653FT01 | -$241.99 |
| 12/20 | INVOICE PAYCHEX-OAB CCD 05094900003949X ARTISAN PACKAGING LLC | -$95.78 |
| 12/20 | PLIC-PERIS PRINCIPAL LIFE P CCD 8-1896200002951 ARTISAN PACKAGING | -$4,271.98 |
| 12/20 | BILLPAY THE CINCINNA WEB | -$16,718.00 |
| 12/20 | OUTGOING WIRE FEE | -$20.00 |
| 12/27 | Wire Transfer Debit Paychex of New York 021000021 777171945 1175 John Street West Henrietta NY 14586 JPMCHASE NEW YORK NY CLIENT NUMBER 2002-2064 20231227MMQFMP7O000005 20231227MMQFMP2H071961 12271404FT01 | -$24,343.44 |
| 12/27 | Transfer to Loan Acct No. XXXXX2315 | -$7,570.77 |
| 12/27 | OUTGOING WIRE FEE | -$20.00 |
| 12/28 | EDI PYMNTS Mary Kay Inc. CCD 00111988 ARTISAN PACKAGING RMR*IV*1003034**7282.32*7282.3 2*0\ | $7,282.32 |
| 12/29 | DIRECT DR KAO USA INC. CCD ARTISAN PACKAGING LLC | $18,000.00 |
| 12/29 | BILLPAY COLUMBIA GAS WEB | -$985.37 |

**Check Detail**

| Date | Check | Amount |
|---|---|---|
| 12/05 | 4305 | $215,409.81 |

* Indicates missing check number

**Daily Balance Information**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 12/01 | $239,948.71 | 12/11 | $145,298.38 | 12/20 | $71,024.28 |
| 12/04 | $336,806.08 | 12/12 | $143,402.68 | 12/27 | $39,090.07 |
| 12/05 | $125,118.91 | 12/13 | $139,104.20 | 12/28 | $46,372.39 |
| 12/06 | $128,732.91 | 12/15 | $119,265.96 | 12/29 | $63,387.02 |
| 12/07 | $131,279.86 | 12/18 | $121,496.06 | | |
| 12/08 | $145,343.38 | 12/19 | $92,372.03 | | |

Remote Deposit — Credit
F&M Bank
Mobile Micro Business Capture ARTISAN PA
205 S Main Street
Timberville, VA 22853
540-896-8941
Date: 12/4/2023
Items: 1
Amount: $500.00

| Date | | Amount | Date | | Amount | Date | | Amount |
|---|---|---|---|---|---|---|---|---|
| 12/05/23 | 0 | $16929.06 | 12/04/23 | 1590381238 | $500.00 | 11/30/23 | 0 | $7570.77 |



| 12/01/23 | 4304 | $31173.24 | 12/05/23 | 4305 | $215409.81 | 12/11/23 | 4306 | $593.00 |
|---|---|---|---|---|---|---|---|---|

RECONCILEMENT OF ACCOUNT

## STEP 1

Update your check book register:

a. ADD TO YOUR CHECK BOOK BALANCE ANY

- DEPOSITS
- AUTOMATIC DEPOSITS
- INTEREST EARNED

b. SUBTRACT FROM YOUR CHECK BOOK BALANCE ANY

Other charges or payments

- SERVICE CHARGES
- CHECK CHARGES
- AUTOMATIC DEBITS
- DEBITS

## STEP 2

LIST DEPOSITS NOT SHOWN ON STATEMENT

| DATE | AMOUNT |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | |

## STEP 3

LIST OF CHECKS OUTSTANDING

| CHECK NUMBER | AMOUNT |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | |

## STEP 4

RECONCILE YOUR ACCOUNT

1. Bank Statement Balance $
2. Total Amount of Deposits not shown on statement $
3. ADD LINE 1 AND LINE 2 $
4. Total amount of checks outstanding $
5. SUBTRACT LINE 4 FROM LINE 3 $

LINE 5 MUST BE EQUAL TO YOUR CHECKBOOK BALANCE

If no errors are reported within ten days, your account will be considered correct.
If you have any questions, please call our CUSTOMER SUPPORT CENTER
(540) 896-8941

## ELECTRONIC SERVICES INFORMATION

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed below as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

1) Tell us your name and account number (if any).
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will tell you the results of our investigation within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will recredit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not recredit your account.

If we decide that there was no error, we will send you a written explanation within 3 business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

If you have filed bankruptcy,
THIS IS NOT AN ATTEMPT TO COLLECT DEBT.

F&M Bank

F & M BANK
PO BOX 1111 TIMBERVILLE, VA 22853
540-896-8941

Member
FDIC
EQUAL HOUSING
LENDER

NMLS 414464, 275173
www.fmbankva.com

# EXHIBIT H

## Budget (Q. 41)

| | Week Of | Current Cash | 1/1 | 1/8 | 1/8 Actual | 1/15 | 1/15 Actual as of 1/17 |
|---|---|---|---|---|---|---|---|
| Cash Balance | | $54,451 | $54,451 | $54,451 | $69,691 | $69,691 | $50,807 |
| Accounts Receivable | $68,683 | $0 | $0 | $0 | $41,613 | $49,924 | $18,759 |
| Finished Goods | $0 | | | | | | |
| Work In Process | $17,143 | | | | | | |
| Plastic Resin | $30,000 | | | | | | |
| Color Concentrates | $20,000 | | | | | | |
| Labels | $21,000 | | | | | | |
| Crating & Shipping Cust Molds | $12,000 | | | | | | |
| Equipment Sales | $0 | | | | | | |
| Total Cash In | $168,826 | $0 | $0 | $0 | $41,613 | $49,924 | $18,759 |
| Payroll Skeleton Crew (PayChex) | ($573,328) | | | ($28,970) | ($25,457) | ($28,970) | ($25,567) |
| 401(K) | ($84,200) | | | ($4,300) | | ($4,300) | |
| Professional Fees (Legal) | ($175,000) | | | | | | |
| Filing Fees | $0 | | | | | | |
| Professional Fees (CPA) | ($30,338) | | | | | ($8,500) | |
| F&M Bank Fees | ($25) | | | | | | ($25) |
| Subchapter V Trustee Fee | ($17,000) | | | | | ($1,000) | ($1,000) |
| Cincinnati Insurance | ($18,309) | | | | | | |
| Employee Expenses | ($2,500) | | | | | ($2,500) | |
| Building Rent | $0 | | | | | | |
| Maintenance Expense | ($40,982) | | | | | | ($987) |
| HEC - Electric | ($133,600) | | | | | ($15,600) | |
| ChemAqua. (Water Treatment) | ($6,708) | | | | | | |
| InterChange Warehousing | ($23,000) | | | | | ($4,600) | |
| OptiPro (MRP & Fincial Acctg) | ($20,000) | | | | | ($4,000) | |
| Help Net (E-mail & Office 365) | ($4,664) | | | | | ($1,186) | ($1,186) |
| Lumos (Internet) | ($3,296) | | | | | ($659) | |
| Johnson Controls (Security & Fire) | $0 | | | | | | |
| Water/Sewer | ($8,200) | | | | ($916) | | |
| Waste Management | ($9,364) | | | | | ($2,682) | ($1,038) |
| Columbia Gas | ($9,000) | | | | | ($4,000) | |
| Forklift Lease | ($13,060) | | | | | ($2,612) | |
| | ($1,172,573) | | | | | | |
| Expenses | | $0 | $0 | ($33,270) | ($26,373) | ($80,609) | ($30,178) |
| Paid Expenses | | $0 | $0 | $0 | $0 | $0 | |
| Remaining Expense | | $0 | $0 | ($33,270) | ($26,373) | ($80,609) | ($30,178) |
| Ending Cash | | $54,451 | $54,451 | $21,181 | $69,691 | $39,006 | $50,807 |

| | 1/22 | 1/29 | 2/5 | 2/12 | 2/19 | 2/26 | 3/4 | 3/11 | 3/18 |
|---|---|---|---|---|---|---|---|---|---|
| Cash Balance | $50,807 | -$19,922 | -$77,649 | -$73,468 | -$68,288 | -$123,700 | -$155,991 | -$200,090 | -$340,481 |
| Accounts Receivable | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Finished Goods | | | | | | | | | |
| Work In Process | | | $8,571 | $8,571 | | | | | |
| Plastic Resin | | | $10,000 | $10,000 | $10,000 | | | | |
| Color Concentrates | | $5,000 | $5,000 | $5,000 | $5,000 | | | | |
| Labels | | | $10,000 | $11,000 | | | | | |
| Crating & Shipping Cust Molds | | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | | |
| Equipment Sales | | | | | | | | | |
| Total Cash In | $0 | $7,000 | $35,571 | $36,571 | $17,000 | $2,000 | $2,000 | $0 | $0 |
| Payroll Skeleton Crew (PayChex) | ($26,091) | ($26,091) | ($26,091) | ($26,091) | ($23,491) | ($23,491) | ($23,491) | ($21,491) | ($21,491) |
| 401(K) | ($4,300) | ($4,300) | ($4,300) | ($4,300) | ($3,300) | ($3,300) | ($3,300) | ($3,300) | ($3,300) |
| Professional Fees (Legal) | | | | | | | | ($100,000) | |
| Filing Fees | | | | | | | | | |
| Professional Fees (CPA) | ($338) | ($6,500) | | | | ($7,500) | | | |
| F&M Bank Fees | | | | | | | | | |
| Subchapter V Trustee Fee | | | ($1,000) | | | | ($1,000) | | |
| Cincinnati Insurance | | | | | | | ($18,309) | | |
| Employee Expenses | | | | | | | | | |
| Building Rent | | | | | | | | | |
| Maintenance Expense | | ($10,000) | | | ($10,000) | | | | ($10,000) |
| HEC - Electric | ($40,000) | ($15,600) | | | ($15,600) | | | ($15,600) | |
| ChemAqua. (Water Treatment) | | ($2,236) | | | ($2,236) | | | | ($2,236) |
| InterChange Warehousing | | | | | ($4,600) | | | | ($4,600) |
| OptiPro (MRP & Fincial Acctg) | | | | | ($4,000) | | | | ($4,000) |
| Help Net (E-mail & Office 365) | | | | | ($573) | | | | ($573) |
| Lumos (Internet) | | | | | ($659) | | | | ($659) |
| Johnson Controls (Security & Fire) | | | | | | | | | |
| Water/Sewer | | | | ($1,000) | | | | | ($2,400) |
| Waste Management | | | | | ($1,341) | | | | ($1,341) |
| Columbia Gas | | | | | ($4,000) | | | | ($1,000) |
| Forklift Lease | | | | | ($2,612) | | | | ($2,612) |
| Expenses | ($70,728) | ($64,727) | ($31,391) | ($31,391) | ($72,412) | ($34,291) | ($46,100) | ($140,391) | ($54,212) |
| Paid Expenses | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Remaining Expense | ($70,728) | ($64,727) | ($31,391) | ($31,391) | ($72,412) | ($34,291) | ($46,100) | ($140,391) | ($54,212) |
| Ending Cash | -$19,922 | -$77,649 | -$73,468 | -$68,288 | -$123,700 | -$155,991 | -$200,090 | -$340,481 | -$394,693 |

| | 3/25 | 4/1 | 4/8 | 4/15 | 4/22 | 4/29 | 5/6 | 5/13 | 5/20 | 5/27 | 6/3 | 6/10 | 6/17 | 6/24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash Balance | -$394,693 | -$419,484 | -$460,875 | -$511,851 | -$536,642 | -$577,033 | -$618,009 | -$643,800 | -$753,591 | -$778,382 | -$803,173 | -$828,964 | -$853,755 | -$886,045 |
| Accounts Receivable | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Total Cash In | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Payroll Skeleton Crew (PayChex) | ($21,491) | ($21,491) | ($21,491) | ($21,491) | ($21,491) | ($21,491) | ($21,491) | ($21,491) | ($21,491) | ($21,491) | ($21,491) | ($21,491) | ($21,491) | ($21,491) |
| 401(K) | ($3,300) | ($3,300) | ($3,300) | ($3,300) | ($3,300) | ($3,300) | ($3,300) | ($3,300) | ($3,300) | ($3,300) | ($3,300) | ($3,300) | ($3,300) | ($3,300) |
| Professional Fees (Legal) | | | | | | | | ($75,000) | | | | | | |
| Professional Fees (CPA) | | | | | | | | | | | | | ($7,500) | |
| Subchapter V Trustee Fee | | ($1,000) | | | | | ($1,000) | ($10,000) | | | ($1,000) | | | |
| Maintenance Expense | | | ($10,000) | | | | | | | | | | | |
| HEC - Electric | | ($15,600) | | | ($15,600) | | | | | | | | | |
| InterChange Warehousing | | | ($4,600) | | | ($4,600) | | | | | | | | |
| OptiPro (MRP & Fincial Acctg) | | | ($4,000) | | | ($4,000) | | | | | | | | |
| Help Net (E-mail & Office 365) | | | ($573) | | | ($573) | | | | | | | | |
| Lumos (Internet) | | | ($659) | | | ($659) | | | | | | | | |
| Water/Sewer | | | ($2,400) | | | ($2,400) | | | | | | | | |
| Waste Management | | | ($1,341) | | | ($1,341) | | | | | | | | |
| Forklift Lease | | | ($2,612) | | | ($2,612) | | | | | | | | |
| Expenses | ($24,791) | ($41,391) | ($50,976) | ($24,791) | ($40,391) | ($40,976) | ($25,791) | ($109,791) | ($24,791) | ($24,791) | ($25,791) | ($24,791) | ($32,291) | ($24,791) |
| Paid Expenses | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Remaining Expense | ($24,791) | ($41,391) | ($50,976) | ($24,791) | ($40,391) | ($40,976) | ($25,791) | ($109,791) | ($24,791) | ($24,791) | ($25,791) | ($24,791) | ($32,291) | ($24,791) |
| Ending Cash | -$419,484 | -$460,875 | -$511,851 | -$536,642 | -$577,033 | -$618,009 | -$643,800 | -$753,591 | -$778,382 | -$803,173 | -$828,964 | -$853,755 | -$886,045 | -$910,836 |